# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER SCHMIDT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SAN DIEGO, et al., <br><br> Defendants. | Case No.: 23-CV-0899 W (DDL) <br><br> **ORDER TERMINATING MOTION TO DISMISS AS MOOT [DOC. 6]** |

On August 7, 2023, Defendants filed a motion to dismiss the Complaint. On August 28, 2023, Plaintiffs filed a First Amended Complaint ("FAC"). Under Federal Rule of Civil Procedure 15(a)(1)(B), a party may amend its pleading once as a matter of course within "21 days after service of a motion under Rule 12(b), (e), or (f)…." Because Plaintiffs' FAC was filed within 21 days of the service of Defendants' motion to dismiss, the motion [Doc. 4] is **TERMINATED** as moot.

**IT IS SO ORDERED**.

Dated: August 29, 2023

_____
Hon. Thomas J. Whelan
United States District Judge

1

23-CV-0899 W (DDL)