Danielle R. Pena, Esq., SBN 286002
dpena@PHGLawGroup.com
PHG Law Group
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone: (619) 826-8060
Facsimile:  (619) 826-8065

Grace Jun, Esq., SBN 287973
grace@gracejunlaw.com
Grace Jun Law, PC
501 West Broadway, Suite 1480
San Diego, CA 92101-6036
TEL: (619) 841-1408

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER SCHMIDT, Individually, and as Successor in Interest to GILBERT GONZALO GIL, and LYNDZY BIONDO, Individually. <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF SAN DIEGO, SILVIA SAUKING, an individual, MYRA RADA, an individual, ANA MUNOZ, an individual, MASON CASSIDY, an individual, MIGUEL BACA, an individual, KEVIN KAMOSS, an individual, LUIS GOMEZ, an individual, MARTIN MADRIGAL, an individual, PEDRO MALDONADO, an individual, MIGUEL ANGULO, an individual, ROBERT TALAMANTEZ, an individual, JORGE CALDERON, an individual, JON CARLO NUQUI, an individual, LINNEA QUINONES, an individual, DANIELLE POZUN, an individual, MICHAEL CASCIOPPO, an individual CAMERON GARCIA, an individual, AND DOES 1-10, inclusive, <br><br> Defendants. | Case No. 23cv0899-W-DDL <br><br> **PLAINTIFFS' *EX PARTE* MOTION TO DISMISS CLAIMS OF INDIVIDUAL PLAINTIFFS JENNIFER SCHMIDT AND LYNDZY BIONDO** <br><br> **Fed. R. Civ. P. 41(a)(2)** <br><br> *Declaration of Grace Jun filed concurrently with this motion* |

Pursuant to Federal Rule Civil Procedure 41(a)(2), Plaintiffs Jennifer Schmidt and Lyndzy Biondo hereby move to dismiss their individual causes of action, as set forth in the Fifth Amended Complaint (dkt. 99), the operative complaint in this case. Specifically, Plaintiffs Ms. Schmidt and Ms. Biondo move to dismiss the following causes of action with prejudice:

1. Fourth cause of action for deprivation of familial association under 42 U.S.C. § 1983
2. Seventh cause of action for wrongful death under California Code of Civil Procedure § 377.60.

Plaintiffs Jennifer Schmidt and Lyndzy Biondo move to dismiss the above-referenced claims with prejudice and with each side to bear their own fees and costs. The only causes of action remaining will be those claims asserted on behalf of the decedent, Gilbert Gil, which are the first, second, third, fifth, and sixth causes of action of the Fifth Amended Complaint (dkt. 99).

On February 10, 2026 and February 12, 2026, the undersigned Plaintiffs' counsel contacted counsel for Defendants to request Defendants' position. To date, Defendants have not stated their position regarding this motion.

Respectfully submitted,

Dated: February 16, 2026

s/ Grace Jun
Grace Jun, Esq.
grace@gracejunlaw.com
Attorneys for Plaintiffs Decedent Gilbert Gil, by and through his successor in interest, Jennifer Schmidt, Jennifer Schmidt, individually, and Lyndzy Biondo, individually.